

**UNITED STATES DISTRICT COURT**
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

August 26, 2005

CHAMBERS OF
**HAROLD BAER, JR.**
DISTRICT JUDGE

TEL (212) 805-0184
FAX (212) 805-7901

Judge Mary M. Lisi, Chair
Judicial Conference of the United States
Committee of Financial Disclosure
One Columbus Circle, NE
Washington, DC 20544

RE: Calendar Year 2004 Filing

Dear Judge Lisi:

Reference is made to your letter of August 5, 2005 requesting additional information required covering my calendar year 2004 filing.

Part V section concerning "Gifts" should have been checked "None" since I do not have any reportable gifts.

Part VII, Page 3, Line 38, listed in my 2004 report as "Caesers Entertainment" was a name change during January 2004 from "Park Place Entertainment." For the 2004 report, Part VII, Line 38 "Caesers Entertainment Column D(3) should be "J" and Column D(4) should be "B." Part VII, Line 39, "Alliance Resource Partners" Column D(3) should be "J."

Part VII, Page 3, Line 43 of my 2003 report listed "Park Place Entertainment", as mentioned above, this stock changed its name to "Caesers Entertainment" during January 2004.

RECEIVED SEP 6 11 12 AM '05 FINANCIAL DISCLOSURE OFFICE

I hope this resolves your concerns, but if not, I'm confident you won't be bashful.  Enclosed are three copies of these amendments.

Sincerely,

Honorable Harold Baer, Jr.

HBJr:lb

Enclosures

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) BAER, JR., HAROLD | 2. Court or Organization US DISTRICT | 3. Date of Report 5/2/05 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) JUDGE | 5. ReportType (check appropriate type) ◯ Nomination, Date ◯ Initial ⦿ Annual ◯ Final | 6. Reporting Period 1/1/04 to 12/31/04 |
| 7. Chambers or Office Address ROOM 2230 U.S. COURTHOUSE 500 PEARL STREET NEW YORK, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | DANIEL FREY TRUST |
| 2. | |

RECEIVED May 16 2 54 PM '05 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | NEW YORK CITY MANAGEMENT WELFARE FUND |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
| --- | --- | --- |
| 1. | MATTHEW BENDER & CO., INC. - BOOK ROYALTIES | 1243.00 |
| 2. | PENSION - NY STATE EMPLOYEES' RETIREMENT SYSTEM | 20564.00 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | NON-FJC EDUCATION SEMINAR OR PROGRAM FUNDED BY: AMER. LAW INST./AMER. BAR ASSOC. | 2/18/04 TO 02/20/04  SCOTTSDALE, AZ  $215 |
| 2. | NON-FJC EDUCATIONAL SEMINAR OR PROGRAM FUNDED BY: GEORGE MASON UNIV SCHOOL OF LAW | 03/25/04 TO 03/28/04   LA JOLLA, CA   $564 |
| 3. | ~~NON-FJC~~ EDUCATIONAL SEMINAR OR PROGRAM FUNDED BY: FEDERAL JUDICIAL CENTER | 04/25/04 TO 04/27/04   NEW PALTZ, NY  $630 |
| 4. | ~~NON-FJC~~ EDUCATIONAL SEMINAR OR PROGRAM FUNDED BY; THE FEDERAL JUDICIAL CENTER | 09/20/04 TO 09/22/04   SEATTLE, WA   $988 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE  - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | WACHOVIA SECURITIES (H) | SECURITIES MARGIN ACCOUNT | J |
| 2. | WACHOVIA SECURITIES (W) | SECURITIES MARGIN ACCOUNT | K |

| Name of Person Reporting | Date of Report |
|---|---|
| BAER, JR., HAROLD | 5/2/05 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. GILLETTE CO. | A | Dividend | K | T | | | | | |
| 2. ROCHESTER FUND | D | Dividend | M | T | | | | | |
| 3. EXXON MOBIL CORP. | A | Dividend | K | T | | | | | |
| 4. HOME DEPOT INC. | A | Dividend | K | T | | | | | |
| 5. PROCTOR & GAMBLE CO. | A | Dividend | L | T | | | | | |
| 6. OAKMARK INTERNATIONAL FUND (IRA) | A | Dividend | | | | 4/6 | J | D | |
| 7. VANGUARD FUND (IRA) SHORT TERM INV-GRADE FUND INV SHS | A | Dividend | K | T | | | | | |
| 8. SCUDDER GLOBAL FUND | A | Dividend | J | T | | | | | |
| 9. VERIZON COMM. | A | Dividend | J | T | | | | | |
| 10. BELL SOUTH CORP | A | Dividend | J | T | | | | | |
| 11. INTEL CORP. | A | Dividend | K | T | | | | | |
| 12. EXXON MOBIL CORP. | A | Dividend | K | T | | | | | |
| 13. ROCHESTER MUNICIPAL FUND, INC. | B | Dividend | K | T | | | | | |
| 14. FIRST ENERGY CORP. | B | Dividend | L | T | | | | | |
| 15. PFIZER, INC. | C | Dividend | L | T | PART SALE | 4/12 | K | H1 | |
| 16. PUBLIC SERVICE ENTERPRISE GROUP | C | Dividend | L | T | | | | | |
| 17. CYPRESS SEMICONDUCTOR CORP. | | None | K | T | | | | | |
| 18. OPPENHEIMER CAPITAL APPREC. FD IRA | | None | K | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BAER, JR., HAROLD | 5/2/05 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. NASSAU CNTY, NY 6.50% 2010 | B | Interest | | | REDEEMED | 11/1 | K | A | |
| 20. QUEST FOR DUAL PURPOSE FUND IRA | A | Dividend | J | T | | | | | |
| 21. TXU CORP | A | Dividend | | | SALE | 4/12 | J | A | |
| 22. US SAVINGS BONDS | B | Interest | J | W | | | | | |
| 23. ADVANTAGE PRIMARY 40 PD (NAME CHANGE) | A | Dividend | J | T | | | | | |
| 24. MERK & CO | A | Dividend | | | SALE | 10/7 | J | D | |
| 25. **MFS CHARTER INCOME TRUST - SBI | A | Dividend | J | T | | | | | |
| 26. **ENTERTAINMENT PROPERTIES TRUST | B | Dividend | K | T | | | | | |
| 27. **ABOVE PROPERTY HELD BY ME AS TRUSTEE U/W DANIEL FREY | | | | | | | | | |
| 28. I HAVE NO BENEFICIAL INTEREST IN THE TRUST. | | | | | | | | | |
| 29. 3.67% INTEREST BUILDING BROOKLYN, NY | B | RENT | J | W | | | | | |
| 30. OCC CASH RESERVED | A | Dividend | J | T | | | | | |
| 31. OPPENHEIMER QUEST CAPITAL VALUE FUND | | None | J | T | | | | | |
| 32. EMERGING MARKETS FD NOW SALOMON BROS EMERGING MARKETS II | A | Dividend | | | SALE | 4/12 | J | | |
| 33. PLAINS ALL AMERICAN PIPELINE LP | B | Dividend | K | T | | | | | |
| 34. SMUCKER J.M. CO | A | Dividend | J | T | | | | | |
| 35. MEDCO HEALTH SOLUTIONS | A | Dividend | J | T | | | | | |
| 36. CHICOS FAS INC | A | Dividend | | | SALE | 4/12 | B | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAER, JR., HAROLD | 5/2/05 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. GENERAL ELECTRIC CO | A | Dividend | J | T | PART SALE | 6/9 | B | | |
| 38. CAESERS ENTERTAINMENT | A | Dividend | | | SALE | 4/12 | B | | |
| 39. ALLIANCE RESOURCES PARTNERS | A | Dividend | J | T | BUY | 3/25 | A | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | BAER, JR., HAROLD | 5/2/05 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS        (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>BAER, JR., HAROLD | Date of Report<br><br>5/2/05 |
| --- | --- | --- |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____     Date__May 9, 05_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544